UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JAMES MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.  2:23-cv-00424-SB-SK<br><br><br>ORDER TO SHOW CAUSE RE:<br>LACK OF PROSECUTION |

Generally, plaintiffs must serve process on defendants within 90 days of the filing of the complaint. *See* Fed. R. Civ. P. 4(m).  This matter was filed on January 18, 2023.  Dkt. No. 1.  More than 90 days have passed since the complaint in this case was filed, and Plaintiff has not filed a proof of service for Defendant.  Plaintiff is ordered to show cause, in writing, no later than May 5, 2023, why this action should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing of proof of service showing that Defendant was served within the 90-day period or a showing of good cause to extend the service period.  Failure to respond to the Order to Show Cause will be construed as consent to dismissal and will result in the dismissal of the action in its entirety without prejudice.

IT IS SO ORDERED.

Date: April 21, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge