JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MURRAY,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:23-cv-00424-SB-SK<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

On April 21, 2023, the Court issued an order to show cause (OSC) why this case should not be dismissed for lack of prosecution because Plaintiff had not filed proof of service on Defendant.  Dkt. No. 8.  Plaintiff was ordered to respond to the OSC by May 5, 2023 and failed to do so.  The Court stated that "[f]ailure to respond to the [OSC] will be construed as consent to dismissal and will result in the dismissal of the action in its entirety without prejudice."  *Id*.  Therefore, this action is dismissed without prejudice, and the clerk is directed to close this case.

IT IS SO ORDERED.

Date: May 15, 2023

                                                    Stanley Blumenfeld, Jr.
                                                  United States District Judge